UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-228-BO-RN

| | |
|---|---|
| SARA NICOLE MCCALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CAPE FEAR VALLEY MEDICAL ) | |
| CENTER & ALLIED UNIVERSAL ) | |
| ) | |
| Defendants. ) | |

This cause comes before the Court on the memorandum and recommendation ("M&R") of Magistrate Judge Robert T. Numbers, II. [DE 5]. The M&R advised this Court to grant plaintiff's motion to proceed *in forma pauperis* but dismiss her proposed complaint. Because plaintiff failed to object to the M&R, this Court may adopt the recommendation if "there is no clear error on the face of the record. . . ." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation and citation omitted). The Court has reviewed M&R and finds no clear error, so the Court ADOPTS the M&R in its entirety. Plaintiff's application to proceed *in forma pauperis* is GRANTED, but plaintiff's complaint [DE 1] is DISMISSED. The Clerk is DIRECTED to enter judgment and close the case.

SO ORDERED, this __12__ day of July 2023.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE