UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SARA NICOLE MCCALL, )<br>)<br>Plaintiff )<br>)<br>vs. )<br>)<br>CAPE FEAR MEDICAL CENTER, AND )<br>ALLIED UNIVERSAL, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:23-CV-228-BO** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's application to proceed *informa pauperis* is GRANTED, but plaintiff's complaint [DE 1] is DISMISSED.

This Judgment filed and entered on July 12, 2023, and copies to:
Sara Nicole McCall          (Sent to PO Box 15603 Asheville, NC 28813 via US Mail)

July 12, 2023                                PETER A. MOORE, JR.
                                             Clerk of Court


                                             By: /s/ Nicole Sellers
                                                 Deputy Clerk